IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| **TYRELL JAMES,**  Petitioner,  vs.  **UNITED STATES OF AMERICA,**  Respondent. | **MEMORANDUM DECISION AND ORDER LIFTING STAY**  Case No. 2:20-cv-448-DAK  Judge Dale A. Kimball |

    This mater was stayed pending the Tenth Circuit's decision in *United States v. Baker*, 20-3062 (10th Cir.). The Tenth Circuit has decided *Baker*, reiterating that Hobbs Act robbery is categorically a crime of violence. 2022 WL 3371011 (10th Cir. Aug. 16, 2022). Therefore, the court lifts the stay. If Petitioner maintains, after *Baker*, the position that this case should not be dismissed, he shall file a brief setting forth his reasoning by October 28, 2022. If Petitioner does not file a brief, the court will dismiss this action based on *Baker*.

    DATED this 6th day of October, 2022.

BY THE COURT:

Dale A. Kimball,
United States District Judge